IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIO JALBERT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO:06-40040 FDS |
| | ) | |
| ADD-A-SIGN, ROGERS PRINTING, F & M TOWING SERVICE and LISA LEBLANC | ) ) ) | |
| | ) | |
| Defendants | ) | |

PLAINTIFF'S MOTION TO AMEND THE
COMPLAINT PURSUANT TO
F.R.C.P. 15(c)

Now comes the Plaintiff, Mario Jalbert ("the Plaintiff"), and moves to amend pursuant to F.R.C.P. 15(c), which states that a party may amend its Complaint by leave of Court and that "leave shall be freely given."

As grounds for this Motion, the Plaintiff states as follows:

1. This motion seeks to amend the Complaint to conform the pleadings to facts learned during discovery. The Amended Complaint is attached hereto.

2. Specifically, Add-a-Sign answer the Complaint by identifying itself as Timothy Grautski, d/b/a Add-a-Sign. It is evident that unlawful copyright infringement is not within the scope of Add-a-Sign. Thus, the Amended Complaint corrects the caption by correctly identifying the ownership interest, and by adding individual claims based upon conduct outside the scope of employment in the event that the business entity raises this defense.

3. The same is true as to Larry Swihart. F & M is a d/b/a. Also, it is evident that Swihart may have been acting outside the scope of his employment, and in an individual capacity, when he infringed on the Plaintiff's Work.

4. Through mandatory disclosures, the Plaintiff has learned that the individual who carried out the scheme of unlawful distribution was Norman Camire. The Complaint has now been amended to name him directly.

5. The Amended Complaint also adds a count against the business entities which were negligent in allowing their employees and agents to engage in the infringement.

6. Justice requires, in light of the information gained, that this Motion to Amend be ALLOWED.

Respectfully Submitted,

**The Plaintiff,**

By his attorneys,

s/Robert N. Meltzer_____
Robert N. Meltzer, BBO #564745
P.O. Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

s/Mary C. Casey_____
Mary C. Casey, BBO #636250
Harbor Law Group
48 Maple Avenue
Shrewsbury, MA 01545
Phone: (508) 842-9244

Dated: June 26, 2006

CERTIFICATE OF COMPLIANCE WITH L.R. 15.1(b)

      Notice is hereby given that I have complied with L. R. 15.1 (b) by serving a copy of the attached motion and the proposed Amended Complaint on all new parties ten days in advance of filing this motion.

                                                            s/Robert N. Meltzer_____

July 10, 2006

CERTIFICATE OF SERVICE

      I, Robert N. Meltzer, do hereby certify that on this day I served a copy of the foregoing on all counsel of record by mailing the same, postage prepaid, to:

Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Attn: Robert S. White, Esq.

Edson Kaarela
56 Elm Street
Fitchburg, MA 01420

      s/Robert N. Meltzer_____

July 10, 2006